UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

<u>William Baxter</u>
    Claimant

    v.                                  Civil No. 07-cv-200-SM

<u>Michael J. Astrue, Commissioner</u>
<u>Social Security Administration</u>
    Respondent

**<u>O R D E R</u>**

Having carefully considered the Magistrate Judge's Report and Recommendation dated September 5, 2008, to which no objection has been filed, as well as the legal memoranda filed by the claimant and the Commissioner, I hereby accept and adopt that Report and Recommendation, for the reasons stated therein. Claimant's motion to reverse the decision of the Commissioner (document no. 8) is denied, and the Commissioner's motion to affirm his decision (document no. 11) is granted. The Clerk of the Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

September 24, 2008

cc:  D. Lance Tillinghast, Esq.
     Seth R. Aframe, Esq.